NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**STEVEN A. MCNEILL,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE ARMY,**
*Respondent.*

_____

2013-3096

_____

Petition for review of the Merit Systems Protection Board in No. SF0752120177-I-1.

_____

**ON MOTION**

_____

**O R D E R**

Steven A. McNeill moves to reinstate petition for review, to vacate dismissal, and to recall the mandate.

On July 17, 2013, this court dismissed this petition for failure to file a brief. Mr. McNeill has retained counsel after the dismissal of the petition.

Upon consideration thereof,

MCNEILL V. ARMY                                                    2

IT IS ORDERED THAT:

(1)  The motion to reinstate is granted.  The mandate is recalled, the court's July 17, 2013 order is vacated, and the petition is reinstated.

(2)  Mr. McNeill's formal brief is due within 60 days of the date of filing of this order.

FOR THE COURT


 /s/  Daniel E. O'Toole
      Daniel E. O'Toole
      Clerk


s21